# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129316

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JUDY L. BELLERS,
        Plaintiff-Appellee,
and

DAVID J. COOPER,
        Petitioner-Appellant,

v

SC: 129316
COA: 260964
WCAC: 03-000412

STATE OF MICHIGAN, DEPARTMENT OF
CORRECTIONS, ADRIAN TEMPORARY
FACILITY,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the July 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

t1219